UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT RAY ELEBARIO, JR.,

    Plaintiff,                            No. C 06-6797 PJH

    v.                                  **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,[1]

    Defendant.
_____/

    This action having come before the court on the plaintiff's motion for summary judgment and the defendant's cross-motion for summary judgment, and the court having granted plaintiff's motion in part and denied it in part, and having granted defendant's motion in part and denied it in part,

    it is Ordered and Adjudged

    that the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment and closes the case and terminates all pending motions.

    IT IS SO ORDERED.

Dated: July 12, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] Michael J. Astrue, the current Commissioner, is substituted as the defendant pursuant to Federal Rule of Civil Procedure 25(d)(1).