```
 1  GLENN M. CLARK # 91371
    MILLER, CLARK, CALVERT & OBENOUR
 2  2222 Martin Luther King Jr. Way
    Berkeley, California 94704
 3  (510) 848-7200 FAX (510) 848-3500
    email mccoattys@hotmail.com
 4
    Attorney for Plaintiff Elebario
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
11  ROBERT RAY ELEBARIO JR.           Civil No. 06-06797 PJH
12       Plaintiff,                   STIPULATION AND ORDER
    v.                                APPROVING COMPROMISE
13                                    SETTLEMENT OF ATTORNEY
    MICHAEL J. ASTRUE, Commissioner   FEES PURSUANT TO THE EQUAL
14  of Social Security Administration ACCESS TO JUSTICE ACT
15       Defendant.
                                    /
16
```

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payments:

1. Defendant shall pay FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1]  The check is to be payable to plaintiff's counsel as Plaintiff's assignee: GLENN M. CLARK, 2222 MARTIN LUTHER KING JR. WAY, BERKELEY, CA 94704 (510) 848-7200

---

[1]/. This amount includes costs.

EAJA STIPULATION & ORDER C-06-06797 PJH  - 1 -

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Acess to Justice Act.

3. Payment of the FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney feed pursuant to the EAJA as a result of this court action.

DATED:  8/23/05              s/
                             GLENN M. CLARK
                             Attorney for Plaintiff


DATED:  8/28/07        By:   s/
                             JAIME L. PRECIADO
                             Special Assistant United States
                             Attorney for Defendant


PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: 8/30/07

                             PHYLLIS J. HAMILTON
                             United States District Judge

[elebr.eaja.ord]
gmc#94A

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

EAJA STIPULATION & ORDER C-06-06797 PJH   - 2 -